UNITED STATES of America,
Plaintiff–Appellee

v.

Joel KERSCHER, Defendant–
Appellant.

No. 15–40532
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 21, 2016.

Michelle Suzanne Englade, Assistant U.S. Attorney, U.S. Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Donna Marie Hoffmann, Esq., Dallas, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Joel Kerscher has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Kerscher has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Kerscher's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is

GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.